UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Max Telecom OOD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Juni America, Inc.,<br><br>　　　　　　　　　　Defendant. | No. 2:15-cv-02006-TSZ<br><br>JUDGMENT |

Based on the Court's Order dated April 26, 2016, docket no. 8, granting plaintiff Max Telecom OOD's *Motion For Summary Judgment To Recognize Foreign-Country Money Judgment Pursuant To Fed. R. Civ. P. 56 And Wash. Rev. Code § 6.40A.020*, **IT IS HEREBY ADJUDGED AND ORDERED**, that defendant Juni America, Inc. pay to plaintiff Max Telecom OOD **THE SUM OF** (a) USD $1,226,353.40 plus interest on that sum at the rate of sixty-two hundredths of a percent (.62%) plus (b) BGN 100,900.77 plus interest on that sum at the rate of, or at the option of the judgment debtor, the number of United States dollars which will purchase the Bulgarian lev with interest due, at a bank-offered spot rate at or near the close of business on the banking day next before the day of payment.

DATED this 27th day of May, 2016.

　　　　　　　　　　　　　　　　　　　*/s/ Thomas S. Zilly*
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT - 1
Case No. 2:15-cv-02006-TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51522598.2

1  Presented by:

2  FOSTER PEPPER PLLC

3

4   /s/ Jack Cullen
   Jack Cullen, WSBA No. 7330
5  1111 Third Avenue, Suite 3000
   Seattle, Washington  98101-3299
6  Telephone: (206) 447-4400
   Facsimile: (206) 447-9700
7  Email: jc@foster.com
   *Attorneys for Plaintiff Max Telecom OOD*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JUDGMENT - 2
Case No. 2:15-cv-02006-TSZ

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51522598.2